IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CEMENT MASONS AND PLASTERERS LOCAL 518   )
HEALTH CARE FUND, a Trust Fund,   )
  )
     and   )
  )
DAVID KIRKPATRICK and ERICA JENKINS   )
TRUSTEES OF THE CEMENT MASONS AND   )
PLASTERERS LOCAL 518 HEALTH CARE FUND,   )
  ) No.
                   Plaintiffs,   )
     vs.   )
  )
**H.F. Fritsch & Sons, Inc.**   )
**[SERVE:    Jeff City Filing, Inc.**   )
**              Registered Agent**   )
**              222 E. Dunklin, Suite 102**   )
**              Jefferson City, MO  65101]**   )
  )
                   Defendant.   )

# C O M P L A I N T

## <u>COUNT I</u>

Come now Plaintiffs and for their cause of action against Defendant state and allege:

1.      Plaintiffs Cement Masons and Plasterers Local 518 Health Care Fund (hereinafter referred to as "Plaintiff Fund") are Section 302 (29 U.S.C. § 186) trust funds and employee benefit plans as defined in 29 U.S.C. § 1001, et seq., with its situs in Jackson County, Missouri; that Plaintiffs David Kirkpatrick and Erica Jenkins (hereinafter referred to as "Plaintiff Trustees"), are the duly appointed and acting Trustees of the Cement Masons and Plasterers Local 518 Health Care Fund who are authorized to maintain this action on behalf of the Health Care Fund and the Trustees of the Cement Masons and Plasterers Local 518 Health Care Fund; that this action arises under Section 301 of the Labor Management Relations Act as amended, 29 U.S.C. § 185.

2.      Defendant is an Illinois corporation.  Defendant at all times material herein employed cement masons performing work covered by the collective bargaining agreements herein mentioned.

3.      Defendant agreed to be bound by the terms of the collective bargaining agreement in effect January 2015, to date, between The Central Illinois Builders of AGC, (hereinafter referred to as "AGC"), and Plasterers Local No. 18 of the Operative Plasterers and Cement Masons International Association, AFL-CIO, (hereinafter referred to as "Union"); Defendant is bound by the terms and conditions of the collective bargaining agreements in effect January 2015, to date, between the AGC and the Union.

4.      Plaintiff Fund is a trust fund existing and established pursuant to collective bargaining agreements between the Builders Association and Cement Masons Local Union No. 518.

5.      The cement mason employees of Defendant were employed under the terms of said collective bargaining agreements between the AGC and the Union under the terms of which Defendant agreed, among other things, to pay and contribute to Plaintiff Fund various sums per hour for each employee covered by and subject to said agreements; and during said period to submit written reports within ten (10) days after the last day of the preceding month for the hours worked during said preceding month along with payments of such sums; Defendant has failed and refused to timely submit remittance reports and correct contributions to Plaintiff Fund in accordance with the terms of said collective bargaining agreements and the Plaintiff Fund Trust Agreement for the months of APRIL 2015 THROUGH DECEMBER 2015, JANUARY, MARCH THROUGH JULY, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER 2016; and January through March 2017 totals EIGHT THOUSAND, NINETY-ONE AND 73/100 ($8,091.73) DOLLARS.

6.      The collective bargaining agreements and Trust Agreement herein mentioned provide that, if payment of sums due said Fund therein mentioned are made later than the time required, the Boards of Trustees may impose on the employer liquidated damages, interest,

reasonable attorneys' fees and Court costs incurred to enforce timely payments from Defendant employer.

7.     Defendant is required by Section 515 of ERISA, 29 U.S.C. § 1145, to make fringe benefit contributions to Plaintiff Fund pursuant to and in accordance with the terms and conditions of the aforesaid collective bargaining agreement and Trust Agreement, as amended, and this action is brought by Plaintiff Trustees for and on behalf of Plaintiff Fund to enforce said Defendant's obligations under the applicable collective bargaining agreement and Trust Agreement.  Plaintiff Fund is entitled to liquidated damages and interest as provided for in the aforesaid Trust Agreement, as amended, such other legal or equitable relief as the Court deems appropriate in the circumstances, reasonable attorneys' fees, and their costs of this action.

8.     The assessment of liquidated damages and interest against the Defendant for the late payment of fringe benefit contributions to the Plaintiff Fund was made pursuant to the collective bargaining agreement and Trust Agreement for the months of APRIL 2015 THROUGH DECEMBER 2015, JANUARY, MARCH THROUGH JULY, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER 2016; and January through March 2017 totals EIGHT THOUSAND, NINETY-ONE AND 73/100 ($8,091.73) DOLLARS.

9.     Demand has been made by Plaintiff Fund for payment of the liquidated damages and interest and Defendant has failed to tender payment of said amounts.

WHEREFORE, Plaintiffs pray judgment against the Defendant in the amount of EIGHT THOUSAND, NINETY-ONE AND 73/100 ($8,091.73) DOLLARS as and for liquidated damages and interest for the months of APRIL 2015 THROUGH DECEMBER 2015, JANUARY, MARCH THROUGH JULY, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER 2016; and January through March 2017, reasonable attorneys' fees; such other legal or equitable relief as the Court deems appropriate in the circumstances; and for interest and their costs herein incurred and expended.

## COUNT II

Come now, Plaintiff Cement Masons and Plasterers Local 518 Health Care Fund and Trustees David Kirkpatrick and Erica Jenkins, Trustees of the Plaintiff Fund, for Count II of the within Complaint, and in the alternative to Count I herein, state as follows:

1.      Plaintiffs Cement Masons and Plasterers Local 518 Health Care Fund (hereinafter referred to as "Plaintiff Fund") are Section 302 (29 U.S.C. § 186) trust funds and employee benefit plans as defined in 29 U.S.C. § 1001, et seq., with its situs in Jackson County, Missouri; that Plaintiffs David Kirkpatrick and Erica Jenkins (hereinafter referred to as "Plaintiff Trustees"), are the duly appointed and acting Trustees of the Cement Masons and Plasterers Local 518 Health Care Fund who are authorized to maintain this action on behalf of the Health Care Fund and the Trustees of the Cement Masons and Plasterers Local 518 Health Care Fund.

2.      Plaintiffs hereby incorporate, adopt and make part hereof all of the allegations of Paragraphs Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7) and Nine (9) of Count I of the within Complaint.

3.      Plaintiffs bring the claim in Count II pursuant to 29 U.S.C. § 1132(a)(3) to enforce the terms of the respective collective bargaining agreement and trust agreement (collectively referred to as "plan documents") of the Plaintiff Fund which impose liquidated damages and interest on contributions that are not timely paid as required under the terms of the collective bargaining agreement to which Defendant is bound and the Trust Agreement of the Plaintiff Fund to which Defendant is also bound.

4.      In accordance with the plan documents of the Plaintiff Fund, liquidated damages and interest have been assessed against the Defendant for the late payment of fringe benefit contributions to the Plaintiff Fund for the months of APRIL 2015 THROUGH DECEMBER 2015, JANUARY, MARCH THROUGH JULY, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER 2016; and January through March 2017 totals EIGHT THOUSAND, NINETY-ONE AND 73/100 ($8,091.73) DOLLARS.

WHEREFORE, Plaintiffs pray judgment against the Defendant in the amount of EIGHT THOUSAND, NINETY-ONE AND 73/100 ($8,091.73) DOLLARS as and for liquidated damages and interest for the months of APRIL 2015 THROUGH DECEMBER 2015, JANUARY, MARCH THROUGH JULY, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER 2016; and January through March 2017; for a reasonable attorneys' fee; and such other legal or equitable relief as the Court deems appropriate in the circumstances; and for interest and their costs herein incurred and expended.

## COUNT III

Come now, Plaintiffs Cement Masons and Plasterers Local 518 Health Care Fund and Trustees David Kirkpatrick and Erica Jenkins for Count III of the within Complaint, and in the alternative to Counts I and II herein, state as follows:

1.      Plaintiffs Cement Masons and Plasterers Local 518 Health Care Fund (hereinafter referred to as "Plaintiff Fund") are Section 302 (29 U.S.C. § 186) trust funds and employee benefit plans as defined in 29 U.S.C. § 1001, et seq., with its situs in Jackson County, Missouri; that Plaintiffs David Kirkpatrick and Erica Jenkins (hereinafter referred to as "Plaintiff Trustees"), are the duly appointed and acting Trustees of the Cement Masons and Plasterers Local 518 Health Care Fund who are authorized to maintain this action on behalf of the Health Care Fund and the Trustees of the Cement Masons and Plasterers Local 518 Health Care Fund.

2.      Plaintiffs hereby incorporate, adopt and make part hereof all of the allegations of Paragraphs Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7) and Nine (9) of Count I of the within Complaint.

3.      Plaintiffs bring the claim in Count III pursuant to 29 U.S.C. §185 to enforce the provisions of the collective bargaining agreement to which Defendant is bound imposing liquidated damages and interest on late-paid employee benefit plan contributions as third party beneficiaries of such collective bargaining agreement.

4.      In accordance with the terms of the collective bargaining agreement to which

Defendant is a party, liquidated damages and interest have been assessed against the employer Defendant for the late payment of fringe benefit contributions to the Plaintiff Fund for the months of APRIL 2015 THROUGH DECEMBER 2015, JANUARY, MARCH THROUGH JULY, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER 2016; and January through March 2017 totals EIGHT THOUSAND, NINETY-ONE AND 73/100 ($8,091.73) DOLLARS.

WHEREFORE, Plaintiffs pray judgment against the Defendant in the amount of EIGHT THOUSAND, NINETY-ONE AND 73/100 ($8,091.73) DOLLARS as and for liquidated damages and interest for late paid employee benefit plan contributions due for the months of APRIL 2015 THROUGH DECEMBER 2015, JANUARY, MARCH THROUGH JULY, SEPTEMBER, OCTOBER, NOVEMBER, DECEMBER 2016; and January through March 2017; a reasonable attorneys' fee; such other legal or equitable relief as the Court deems appropriate in the circumstances; and for interest and their costs herein incurred and expended.

Plaintiffs hereby designate the place of trial as the United States District Court for the District of Kansas, Kansas City Division, Kansas City, Kansas.

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

/s/ Bradley J. Sollars_____
Bradley J. Sollars, KS No. 21673

/s/ Aaron D. Schuster_____
Aaron D. Schuster, KS No. 25567
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Telephone:    (816) 421-5788
Facsimile:     (816) 471-5574
Attorneys for Plaintiffs